# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | DOCKET NO.: 3:25 cr 349 - KDB |
| ) | |
| ) | **BILL OF INDICTMENT** |
| **v.** ) | |
| ) | Violations:   18 U.S.C. § 1951 |
| ) | 18 U.S.C. § 924(c) |
| **(1) LUCIO MARTINEZ ROJAS** ) | 18 U.S.C. § 2119 |
| ) | 18 U.S.C. § 922(g) |
| **(2) JOSE MESA SALAZAR** ) | 8 U.S.C. § 1326(a) |
| _____ ) | |

THE GRAND JURY CHARGES:

## COUNT ONE
*(Hobbs Act Robbery)*

On or about September 27, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (1) LUCIO MARTINEZ ROJAS,

did knowingly and intentionally obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that he did unlawfully take and obtain United States currency belonging to Fruteria El Barrio, a store located at 1401 Eastway Drive, Charlotte, North Carolina, from the person and presence of an employee, against such employee's will, and by means of actual and threatened force, violence, and fear of immediate and future injury, all in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about September 27, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (1) LUCIO MARTINEZ ROJAS,

did knowingly possess a firearm in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, a violation of Title 18, United States Code, Section 1951, as set forth in Count One of this Bill of Indictment, incorporated by reference herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that one or more of said firearms were brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*(Hobbs Act Robbery)*

On or about October 2, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendants,

### (1) **LUCIO MARTINEZ ROJAS** and
### (2) **JOSE MESA SALAZAR**,

did knowingly and intentionally obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that they did unlawfully take and obtain United States currency belonging to Chamos Grill, a food truck located at 2552 The Plaza, Charlotte, North Carolina, from the person and presence of an employee, against such employee's will, and by means of actual and threatened force, violence, and fear of immediate and future injury, all in violation of Title 18, United States Code, Section 1951.

## COUNT FOUR
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about October 2, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendants,

### (1) **LUCIO MARTINEZ ROJAS** and
### (2) **JOSE MESA SALAZAR**,

did knowingly possess a firearm in furtherance of a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, a violation of Title 18, United States Code, Section 1951, as set forth in Count Three of this Bill of Indictment, incorporated by reference herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that one or more of said firearms were brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE
*(Hobbs Act Robbery)*

On or about October 9, 2024, in Gaston County, within the Western District of North Carolina, the defendants,

### (1) **LUCIO MARTINEZ ROJAS** and
### (2) **JOSE MESA SALAZAR**,

did knowingly and intentionally obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that they did unlawfully

take and obtain United States currency belonging to La Tiendita Tienda Latina, a store located at 1000 W. Catawba Avenue, Mt. Holly, North Carolina, from the person and presence of an employee, against such employee's will, and by means of actual and threatened force, violence, and fear of immediate and future injury, all in violation of Title 18, United States Code, Section 1951.

## COUNT SIX
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about October 9, 2024, in Gaston County, within the Western District of North Carolina, the defendants,

(1) **LUCIO MARTINEZ ROJAS** and
(2) **JOSE MESA SALAZAR**,

did knowingly possess a firearm in furtherance of a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, a violation of Title 18, United States Code, Section 1951, as set forth in Count Five of this Bill of Indictment, incorporated by reference herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that one or more of said firearms were brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SEVEN
*(Carjacking)*

On or about October 9, 2024, in Gaston County, within the Western District of North Carolina, the defendants,

(1) **LUCIO MARTINEZ ROJAS** and
(2) **JOSE MESA SALAZAR**,

with intent to cause death and serious bodily harm, did unlawfully take from the person and presence of C.A.S.G., by force, violence and intimidation, a motor vehicle that had been shipped, transported and received in interstate commerce, that is, a white 2004 Nissan Titan pickup truck.

All in violation of Title 18, United States Code, Section 2119.

## COUNT EIGHT
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about October 9, 2024, in Gaston County, within the Western District of North Carolina, the defendants,

(1) **LUCIO MARTINEZ ROJAS** and
(2) **JOSE MESA SALAZAR**,

did knowingly possess a firearm in furtherance of a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Carjacking, a violation of Title 18, United States Code, Section 2119, as set forth in Count Seven of this Bill of Indictment, incorporated by reference herein, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

It is further alleged that one or more of said firearms were brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE
*(Possession of Firearm by Prohibited Person)*

Between on or about September 27, 2024, and on or about October 10, 2024, in Mecklenburg and Gaston Counties, within the Western District of North Carolina, the defendants,

(1) **LUCIO MARTINEZ ROJAS** and
(2) **JOSE MESA SALAZAR,**

each knowing he was an alien illegally and unlawfully in the United States, did knowingly possess one or more firearms, that is, a Taurus, model PT111 Pro, 9mm caliber semi-automatic pistol, and a Charter Arms, model Undercover, .38 caliber revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT TEN
*(Illegal Reentry)*

On or about October 10, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

(1) **LUCIO MARTINEZ ROJAS,**

an alien previously removed from the United States on or about October 15, 2008, at or near Hidalgo, Texas, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

    a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

    b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

    c. All firearms or ammunition involved or used in such violations; and

    d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: a Taurus, model PT111 Pro, 9mm caliber semi-automatic pistol, and a Charter Arms, model Undercover, .38 caliber revolver.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY

STEPHANIE L. SPAUGH
ASSISTANT UNITED STATES ATTORNEY